

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00242-CV

**IN THE INTEREST OF S.M.H.** and J.M., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01398
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED September 11, 2019.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice